**STATE OF MONTANA,**
  **Plaintiff,**                         **No. DC-99-82**
**vs.**                                   **Decision**
**SHANE A. PARK,**
  **Defendant.**

On June 8, 2000, the defendant was sentenced to twenty (20) years in the Montana State Prison, with ten (10) years suspended.

On August 25, 2000, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Kevin Brown. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed, with the Board's recommendation to the Department of Corrections that the defendant be considered for the Treasure State Correctional Training Center and/or for the Connections Corrections Program in Butte, Montana.

The reason for the recommendation is that the Board feels that one or both of those programs will give the defendant a realistic chance at rehabilitation; otherwise, prospects are dim.

Done in open Court this 25th day of August, 2000.

DATED this 11th day of September, 2000.

Chairman, Hon. Jeffrey H. Langton, Member, Hon. Marge Johnson, Member, Hon. David Cybulski.